**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-7320

_____

RONALD CHRISTOPHER SANDERS,

　　　　　　　　Petitioner - Appellant,

　　　v.

WARDEN ERIC WILSON,

　　　　　　　　Respondent - Appellee.

_____

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.　Anthony J. Trenga,
District Judge. (1:13-cv-00892-AJT-TRJ)

_____

Submitted: December 23, 2013　　　Decided: February 5, 2014

_____

Before NIEMEYER, MOTZ, and KING, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

Ronald Christopher Sanders, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ronald Christopher Sanders seeks to appeal the district court's order construing his 28 U.S.C. § 2241 (2012) petition as a successive 28 U.S.C.A. § 2255 (West Supp. 2013) motion and dismissing it as unauthorized. The order is not appealable unless a circuit justice or judge issues a certificate of appealability. 28 U.S.C. § 2253(c)(1)(B) (2012). A certificate of appealability will not issue absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2) (2012). When the district court denies relief on the merits, a prisoner satisfies this standard by demonstrating that reasonable jurists would find that the district court's assessment of the constitutional claims is debatable or wrong. Slack v. McDaniel, 529 U.S. 473, 484 (2000); see Miller-El v. Cockrell, 537 U.S. 322, 336-38 (2003). When the district court denies relief on procedural grounds, the prisoner must demonstrate both that the dispositive procedural ruling is debatable, and that the motion states a debatable claim of the denial of a constitutional right. Slack, 529 U.S. at 484-85.

We have independently reviewed the record and conclude that Sanders has not made the requisite showing. Accordingly, we deny leave to proceed in forma pauperis, deny a certificate of appealability, and dismiss the appeal. We dispense with oral

argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED